# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VON KING, DANIELLE JOHNSON, CHELSEA SHAW, JOY FLOWERS, SUSAN KOLYNO, JACQUELINE PERKINS, ARTHUR WILLIAMS and JANE/JOHN DOE 1-9,<br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF GEORGIA, GEORGIA DEPARTMENT OF LABOR, and COMMISSIONER MARK BUTLER in his official capacity<br><br>*Defendants.* | CIVIL ACTION 1:21-CV-03082-JPB |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT IN LIEU OF ANSWER

COME NOW the State of Georgia, Georgia Department of Labor, and Commissioner Mark Butler, Defendants in the above-styled action, by and through counsel, the Attorney General of the State of Georgia, and file this Motion to Dismiss Plaintiffs' Amended Complaint in Lieu of Answer. In support of their

1

Motion to Dismiss, Defendants rely on all pleadings on file in this case and the attached Brief in Support of their Motion to Dismiss.

Defendants seek dismissal of Plaintiffs' complaint because: (1) Sovereign immunity bars this suit as to the claims of Shaw, Kolyno, and King; (2) Johnson's claim must be dismissed because no remedy exists for her in this lawsuit as plead; and, (3) Plaintiffs' due process claims are not viable as Plaintiffs fail to allege, much less demonstrate, an adequate state-law remedy, and Plaintiffs fail to identify a cognizable property interest.

Thus, Defendants move to dismiss these claims due to lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted pursuant to Federal rule of Civil Procedure 12(b)(1) and 12(b)(6).

Respectfully submitted this 18th day of January, 2022.

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| KATHERINE POWERS STOFF<br>Senior Assistant Attorney General | 536807 |


       *s/Kimberly Blue Lewis*       451925
KIMBERLY BLUE LEWIS
Senior Assistant Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3538
klewis@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically filed the within and foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT IN LIEU OF ANSWER**, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

<div style="text-align:center">

Jason J. Carter
Bondurant, Mixson & Elmore, LLP
carter@bmelaw.com

Juliana Mesa
Bondurant, Mixson & Elmore, LLP
mesa@bmelaw.com

Emily C.R. Early
The Southern Poverty Law Center
Emily.early@splcenter.org

Miriam Gutman
The Southern Poverty Law Center
Miriam.Gutman@splcenter.org

*s/Kimberly Blue Lewis*
KIMBERLY BLUE LEWIS
Attorney for Defendants

</div>