IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VON KING, DANIELLE JOHNSON, CHELSEA SHAW, JOY FLOWERS, SUSAN KOLYNO, JACQUELINE PERKINS, ARTHUR WILLIAMS, and JANE/JOHN DOE 1-9,<br><br>**Plaintiffs,** on behalf of themselves and all others similarly situated,<br><br>v.<br><br>STATE OF GEORGIA, GEORGIA DEPARTMENT OF LABOR, and COMMISSIONER MARK BUTLER, in his official capacity,<br><br>**Defendants.** | CIVIL ACTION FILE NO. 1:21-CV-03082-JPB<br><br>(CLASS ACTION) |

**PLAINTIFFS' UNOPPOSED MOTION TO GRANT
PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiffs, Von King, Danielle Johnson, Chelsea Shaw, Joy Flowers, Susan Kolyno, Jacqueline Perkins, and Arthur Williams, through counsel, hereby move that the Court: (1) grant preliminary approval of the proposed Settlement Agreement attached hereto as Exhibit 1, subject to further hearing and determination under Fed.R.Civ.P. 23(e); (2) schedule a final approval hearing which may be continued

-1-

from time to time by Order of the Court, and without further notice to the Class; (3) approve the proposed Notice Plan contained in that agreement; (4) find that the Notice Plan is appropriate under the circumstances, and that the Notice Plan fully satisfies the requirements of due process and the Federal Rules of Civil Procedure; (5) set a date Class Members to object to the proposed settlement; (6) provide that any objection to the proposed Settlement and any papers submitted in support of said objection shall be received and considered by the Court at the Final Approval Hearing only if the objection, along with copies of any supporting papers, is filed with the Clerk of the Court within thirty (30) calendar days following the date of the Order; (7) provide that the Released Claims of all Settling Plaintiffs shall be barred as of the entry of judgment.

Respectfully submitted on June 14th, 2022.

/s/ Jason J. Carter
Jason J. Carter
Ga. Bar No. 141669
Juliana Mesa
Ga. Bar No. 585087
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA   30309-3417
Phone: (404) 881-4100
Facsimile: (404) 881-4111

Kristen Anderson
Ga. Bar No. FBN-17170
*Admitted pro hac vice*
Jamie B. Rush
Ga. Bar. No. 999887
Miriam F. Gutman
Ga. Bar No. 170768
**THE SOUTHERN POVERTY LAW CENTER**
P.O. Box 1287
Decatur, Georgia 30031-1287
Tel.: 404-521-6700

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 14, 2022 I filed this **PLAINTIFFS' UNOPPOSED MOTION TO GRANT PRELIMINARY APPROVAL OF CLASS SETTLEMENT** using the Court's CM/ECF system which will automatically email a copy of the document to all counsel of record.

                                    */s/ Jason J. Carter*
                                    Jason J. Carter
                                    Ga. Bar No. 141669