# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-03082-JPB
## King et al v. State of Georgia et al
## Honorable J. P. Boulee

Minute Sheet for proceedings held on 07/06/2022.

TIME COURT COMMENCED: 1:00 P.M.
TIME COURT CONCLUDED: 1:20 P.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Ciarra Oduka

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jason Carter representing Von King<br>Miriam Gutman representing Von King<br>Kimberly Lewis representing State of Georgia<br>Juliana Mesa representing Von King<br>Jamie Rush representing Von King<br>Katherine Stoff representing State of Georgia |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court held a Status Conference via Zoom on 7/6/2022. The Court addressed the [46] Emergency Motion to Withdraw Defendants Consent to Preliminary Approval of Class Settlement. The parties agreed to confer on the matter and provide the Court with a status update no later than Wednesday, July 13, 2022. Hearing concluded. See transcript for additional details. |
| HEARING STATUS: | Hearing Concluded |