# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-03082-JPB
### King et al v. State of Georgia et al
### Honorable J. P. Boulee

Minute Sheet for proceedings held on 07/08/2022.

TIME COURT COMMENCED: 4:15 P.M.
TIME COURT CONCLUDED: 4:30 P.M.
TIME IN COURT: 00:15
OFFICE LOCATION: Atlanta
COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Ciarra Oduka

**ATTORNEY(S) PRESENT:**
Jason Carter representing Von King
Miriam Gutman representing Von King
Kimberly Lewis representing State of Georgia
Juliana Mesa representing Von King
Jamie Rush representing Von King
Katherine Stoff representing State of Georgia

**PROCEEDING CATEGORY:** Telephone Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:** The Court held a Teleconference on 7/8/2022. The parties discussed the Court's Preliminary Approval Order and mediation. Defendants reply brief to the [46] Emergency Motion to Withdraw Defendants' Consent to Preliminary Approval of Class Settlement is due no later than noon on July 22, 2022. Related deadlines are stayed pending the results of mediation and pending ruling on the [46] Emergency Motion to Withdraw Defendants' Consent to Preliminary Approval of Class Settlement. Hearing concluded. See transcript for additional details.

**HEARING STATUS:** Hearing Concluded