IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VON KING, DANIELLE JOHNSON, CHELSEA SHAW, JOY FLOWERS, SUSAN KOLYNO, JACQUELINE PERKINS, ARTHUR WILLIAMS, and JANE/JOHN DOE 1-9, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF GEORGIA, GEORGIA DEPARTMENT OF LABOR, and COMMISSIONER MARK BUTLER, in his official capacity,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:21-CV-03082-JPB<br><br>(CLASS ACTION) |

**JOINT REQUEST TO
CLARIFY NOTICE PLAN AND PROCEED WITH SETTLEMENT**

After the Court preliminarily approved the Class Settlement in this case [Doc. 45], a dispute arose regarding the Parties' communication about the proposed Settlement. Defendants filed an emergency motion to withdraw their consent to the preliminary approval [Doc. 46], and Plaintiffs responded [Doc. 47].

The Parties now jointly move the Court to clarify the Notice Plan so that the

- 1 -

Settlement process can proceed without further dispute, and show the Court as follows.

## Clarified Notice Plan

1. The Defendants withdraw their Emergency Motion to Withdraw Consent.

2. In addition to the Notice provisions already included in the Court's Preliminary Approval order, the Defendants and Class Counsel will issue the joint press release, attached hereto as Exhibit A. This will satisfy the joint press release requirement in the Preliminary Approval order.

3. Notice communications regarding the Settlement shall include the language in Exhibit B.

4. The parties request that the following deadlines in the Court's Preliminary Approval Order be amended as follows, or in such other way as the Court directs, and that the Court order that these updated deadlines be included in the Notice Materials:

    a. Objections: no later than September 19, 2022

    b. Supporting materials for Objections: October 17, 2022

    c. Final Approval: the week of October 24, 2022.

5. The Parties agree that when they seek a Final Order from the Court, they will seek an order that contains the language in Exhibit B.

6. Twelve months from the date of the filing of this motion, counsel for both parties agree to provide a courtesy copy to the other party at least twenty-four (24) hours in advance of issuing any unilateral press release or official written communication to the press related to this class action suit. This provision shall also apply to social media posts and other written public communications issued by the Parties regarding the lawsuit and notice provisions, including those required by the Preliminary Approval Order.

Respectfully submitted this 17th day of August, 2022.

      */s/ Jason J. Carter*
      Jason J. Carter
      Ga. Bar No. 141669
      Juliana Mesa
      Ga. Bar No. 585087
      **BONDURANT, MIXSON & ELMORE, LLP**
      3900 One Atlantic Center
      1201 West Peachtree Street, N.W.
      Atlanta, GA  30309-3417
      Phone: (404) 881-4100
      Facsimile: (404) 881-4111

      Kirsten Anderson
      Fla. Bar No. FBN-17179
      *Admitted pro hac vice*
      Jamie B. Rush
      Ga. Bar No. 999887
      Miriam F. Gutman
      Ga Bar No. 170768
      **THE SOUTHERN POVERTY LAW CENTER**

150 East Ponce de Leon Avenue, Suite 340
Decatur, Georgia 30030
Phone: 470-728-2920
*Attorneys for Plaintiffs*

Christopher M. Carr
Ga. Bar No.  112505
Attorney General

Bryan K. Webb
Ga. Bar No. 743580
Deputy Attorney General

*/s/Katherine P. Stoff*
Katherine P. Stoff
Ga. Bar No. 536807
Senior Assistant Attorney General

*/s/Kimberly B. Lewis*
Kimberly B. Lewis
Ga. Bar No. 451925
Senior Assistant Attorney General

**GEORGIA DEPARTMENT OF LAW**
40 Capital Square, S.W.
Atlanta, Georgia 30334-1300
Telephone:  (404) 458-3542
Telephone:  (404) 458-3491
Telephone:  (404) 458-3538
Email: bwebb@law.ga.gov
Email: kstoff@law.ga.gov
Email: klewis@law.ga.gov

*Attorneys for Defendants*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I caused a copy of the foregoing **JOINT REQUEST TO CLARIFY NOTICE PLAN AND PROCEED WITH SETTLEMENT** to be served upon all counsel via the court's CM/ECF system.

                                                        */s/ Jason J. Carter*
                                                        Jason J. Carter
                                                        Ga. Bar No. 141669